Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>　　　　　Plaintiff,<br>　v.<br><br>PERNIX THERAPEUTICS, INC; PERNIX THERAPEUTICS, LLC<br><br>　　　　　Defendants. | Adv. Proc. No. 22-2043 (PRW) |

**ORDER REDUCING TIME FOR NOTICE OF MOTION**
**FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Upon reading and filing the application (the "Application") for an order reducing time for notice of the hearing to consider the *Motion for Leave to File First Amended Complaint* (the "Motion to Amend"); and it appearing therefrom that cause exists for reducing the notice period required for the service of the *Motion to Amend* and scheduling the hearing to consider the *Motion to Amend* on an expedited basis; and upon due deliberation of the foregoing having been had thereon, it is hereby

DOCS_DE:238529.1 75015/003

**ORDERED**, that the hearing to consider the *Motion to Amend* shall be held before this Court at 11:00 a.m. on March 10, 2022 at the United States Bankruptcy Court for the Western District of New York (Honorable Paul R. Warren), United States Courthouse, 100 State Street, Rochester, New York; and it is further

**ORDERED**, that all opposition to the relief requested in the *Motion to Amend*, if any, shall be in writing and shall be filed with the Court and served upon counsel for the Plaintiff no later than 12:00 p.m. on March 9, 2022; and it is further

**ORDERED**, that, no later than March 3, 2022, the Plaintiff shall serve copies of this Order, the Application upon which it is based, and the *Motion to Amend* via overnight delivery (or email if available), upon (i) the Office of the United States Trustee for the Western District of New York; (ii) the Defendants, (iii) the Additional Defendants; (iv) bankruptcy counsel to the Pernix Debtors (as defined in the *Motion to Amend*); and (v) counsel to Currax.

DATED: March 3, 2022  
       Rochester, New York

_____/s/_____  
HON. PAUL R. WARREN  
United States Bankruptcy Judge