# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 3/3/2022 |
| Case: 2–22–02043–PRW | Form ID: pdforder | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty    Ilan D Scharf    ischarf@pszjlaw.com
aty    Jason S Pomerantz    jspomerantz@pszjlaw.com

                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Pernix Therapeutics    208 W. Eastbank Street    Gonzales, LA 70737
    Davis Polk & Wardwell LLP    450 Lexington Avenue    New York, NY 10017
    Pernix Therapeutics, Inc.    c/o Cooper C. Collins, President    32126 Edgewater Drive    Magnolia, TX 77354
    Pernix Therapeutics, LLC    c/o Pernix Holdco 3 LLC    10 North Park Place, Suite 201    Morristown, NJ 07960

                                                TOTAL: 4