Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br>PERNIX THERAPEUTICS, INC.; PERNIX THERAPEUTICS, LLC; PERNIX HOLDCO 3 LLC, PERNIX THERAPEUTICS HOLDINGS, INC., CURRAX HOLDINGS LLC<br><br>Defendants. | Adv. Proc. No. 22-2043 (PRW) |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA     )
                                               )
COUNTY OF LOS ANGELES   )

I, Myra Kulick, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067.

On March 3, 2022, I caused to be served true and correct copies of *(1) Plaintiff's Motion for Leave to File First Amended Complaint; (2) Application For Entry Of An Order Reducing Time For Notice Of Motion For Leave To File First Amended Complaint; and (3) Order Reducing Time For Notice Of Motion For Leave To File First Amended Complaint* via Federal Express or E-Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 3rd day of March, 2022 at Santa Clarita, California.

/s/ *Myra Kulick*
Myra Kulick

# EXHIBIT 1

## Pernix Therapeutics

Via Federal Express
Pernix Therapeutics
208 W. Eastbank Street
Gonzales, LA 70737

## Pernix Therapeutics Inc.

Via Federal Express
Pernix Therapeutics, Inc.
c/o Cooper C. Collins, President
32126 Edgewater Drive
Magnolia, TX 77354

Via Federal Express
Pernix Therapeutics, Inc.
c/o David E. Waguespack
Registered Agent
717 Nashville, Apt. 4
New Orleans, LA 70115

## Pernix Therapeutics LLC

Via Federal Express
Pernix Therapeutics, LLC
c/o Pernix Holdco 3 LLC
10 North Park Place, Suite 201
Morristown, NJ 07960

Via Federal Express
Pernix Therapeutics, LLC
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA 70802

## Pernìx Therapeutics Holdings, Inc.

Via Federal Express
Pernìx Therapeutics Holdings, Inc.
l0 North Park Place, Suite 201
Morristown, NJ 07960

Via Federal Express
Registered Agent:
CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 21202

## Pernix HoldCo 3 LLC

Via Federal Express
Pernix HoldCo 3 LLC
10 North Park Place, Suite 201
Morristown, NJ 07960

Via Federal Express
Pernix HoldCo 3 LLC
c/o Registered Agent
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

## PERNIX DEBTORS' COUNSEL

Via Email
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attention: Michael Davis, Eli Vonnegut
 michael.davis@davispolk.com
 eli.vonnegut@davispolk.com

Via Email
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
Attn: Jennifer Cree
Cree@lrclaw.com
302-467-4400

## COUNSEL TO THE LIQUIDATING TRUSTEE

Via Email
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801
302-655-5000
Attn: Gregory Joseph Flasser and Daniel N. Brogan
Email: gflasser@bayardlaw.com  dbrogan@bayardlaw.com

## CURRAX HOLDINGS LLC

Via Federal Express
**Currax Holdings LLC**
c/o Registered Agent
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

Via Email
**Currax Holdings LLC**
c/o Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York City, NY 10036
Attention: Lisa Laukitis
Laura P. Knoll
Facsimile: (917) 777 3290
(617) 305-4816
lisa.laukitis@skadden.com
laura.knoll@skadden.com

Via Federal Express
**Currax Pharmaceuticals**
10 NORTH PARK PLACE, SUITE 201
MORRISTOWN, NJ 07960