Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> ROCHESTER DRUG CO-OPERATIVE, INC. <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST, <br><br> Plaintiff, <br> v. <br> PERNIX THERAPEUTICS, INC.; PERNIX THERAPEUTICS, LLC; PERNIX HOLDCO 3 LLC, PERNIX THERAPEUTICS HOLDINGS, INC., CURRAX HOLDINGS LLC <br><br> Defendants. | Adv. Proc. No. 22-2043 (PRW) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
                                             )
COUNTY OF LOS ANGELES )

I, Myra Kulick, am over the age of eighteen years, and am employed by Pachulski

Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is

10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067.

On March 7, 2022, I caused to be served true and correct copies of *(1) Plaintiff's Motion for Leave to File First Amended Complaint; (2) Application For Entry Of An Order Reducing Time For Notice Of Motion For Leave To File First Amended Complaint; and (3) Order Reducing Time For Notice Of Motion For Leave To File First Amended Complaint* via email upon the parties set forth on the service list annexed hereto as **Exhibit 1**.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 7th day of March, 2022 at Santa Clarita, California.

                                            /s/ *Myra Kulick*
                                            Myra Kulick

# EXHIBIT 1

**Via Email**
Assistant U.S. Trustee
Kathleen Dunivin Schmitt
Office of the United States Trustee
100 State Street, Room 6090
Rochester, NY 14614
Email: kathleen.d.schmitt@usdoj.gov

**Via Email**
Shannon Anne Scott
DOJ-Ust
201 Varick Street, Suite 1006
New York, NY 10014
Email: shannon.scott2@usdoj.gov