# CERTIFICATE OF SERVICE

I, Gini L. Downing (name), certify that service of this summons and a copy of the complaint was made February 4, 2022 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Pernix Therapeutics
208 W. Eastbank Street
Gonzales, LA 70737

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Pernix Therapeutics, Inc.
Attn: Cooper C. Collins, President
32126 Edgewater Drive
Magnolia, TX 77354

David E. Waguespack, R/A for
Pernix Therapeutics, Inc.
717 Nashville, Apt. 4
New Orleans, LA 70115

Pernix Therapeutics, LLC
c/o Pernix Holdco 3 LLC, Member
10 North Park Place, Suite 201
Morristown, NJ 07960

Corporation Service Company, R/A for
Pernix Therapeutics, LLC
501 Louisiana Avenue
Baton Rouge, LA 70802

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature  /s/ Gini L. Downing

Print Name:    Gini L. Downing
               Pachulski Stang Ziehl & Jones LLP
               10100 Santa Monica Blvd.
               13th Floor
Business Address:  Los Angeles, CA 90067

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company, R/A for
Pernix Therapeutics, LLC
501 Louisiana Avenue
Baton Rouge, LA 70802

9590 9402 3367 7227 2934 69

2. Article Number (Transfer from service label)

7017 2400 0000 3985 8053

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] Aexis Turner
☐ Agent
☐ Addressee

B. Received by (Printed Name): Alexis Turner
C. Date of Delivery: 2/11/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pernix Therapeutics, Inc.
Attn: Cooper C. Collins, President
32126 Edgewater Drive
Magnolia, TX 77354

9590 9402 3367 7227 2934 90

2. Article Number (Transfer from service label)

7017 2400 0000 3985 8084

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] Rt 17
☒ Agent
☐ Addressee

B. Received by (Printed Name): CJ
C. Date of Delivery: 2/7/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt