# CERTIFICATE OF SERVICE

I, Nancy H. Brown, certify that service of the Summons and a copy of the First Amended Complaint was made on March 11, 1011 by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Pernix Therapeutics<br>208 W. Eastbank Street<br>Gonzales, LA 70737 | Bayard, P.A.<br>Attn: Gregory Joseph Flasser, Daniel N. Brogan<br>600 North King Street, Suite 400<br>Wilmington, DE 19801 |
| Davis Polk & Wardwell LLP<br>Attn: Michael Davis, Eli Vonnegut<br>450 Lexington Avenue<br>New York, NY 10017 | Landis Rath & Cobb LLP<br>Attn: Jennifer Cree<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Currax Holdings LLC<br>c/o Skadden, Arps, Slate, Meagher & Flom LLP<br>Attention: Lisa Laukitis, Laura P. Knoll<br>4 Times Square<br>New York City, NY 10036 | Currax Pharmaceuticals<br>10 North Park Place, Suite 201<br>Morristown, NJ 07960 |

☒ Certified Mail Service: By certified mail addressed to the following entities/officers/registered agents of the defendants at:

| | |
|---|---|
| Pernix Therapeutics, Inc.<br>c/o Cooper C. Collins, President<br>32126 Edgewater Drive<br>Magnolia, TX 77354 | Pernix Therapeutics, Inc.<br>c/o David E. Waguespack, Registered Agent<br>717 Nashville, Apt. 4<br>New Orleans, LA 70115 |
| Pernix Therapeutics, LLC<br>c/o Pernix Holdco 3 LLC<br>10 North Park Place, Suite 201<br>Morristown, NJ 07960 | Pernix Therapeutics, LLC<br>c/o Corporation Service Company, Registered Agent<br>501 Louisiana Avenue<br>Baton Rouge, LA 70802 |
| Pernìx Therapeutics Holdings, Inc.<br>l0 North Park Place, Suite 201<br>Morristown, NJ 07960 | Registered Agent for Pernix Therapeutics Holdings, Inc.<br>CSC-Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore MD 21202 |
| Pernix HoldCo 3 LLC<br>10 North Park Place, Suite 201<br>Morristown, NJ 07960 | Pernix HoldCo 3 LLC<br>c/o Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Currax Holdings LLC<br>c/o Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |

1

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date | March 11, 2022 | Signature | */s/ Nancy H. Brown* |
| | Print Name: | | Nancy H. Brown |
| | Business Address: | | Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 |