Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br>PERNIX THERAPEUTICS, INC.; PERNIX THERAPEUTICS, LLC; PERNIX HOLDCO 3 LLC, PERNIX THERAPEUTICS HOLDINGS, INC., CURRAX HOLDINGS LLC,<br><br>Defendants. | Adv. Proc. No. 22-2043 (PRW) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2022, I mailed, by certified mail, using the United States Postal Service in the State of California, copies of the Summons and First Amended Complaint to the following entity at the address below:

    Currax Pharmaceuticals LLC
    Attn: George Hampton, CEO
        Erika Tooman, Esq., SVP/GC
    155 Franklin Road, Suite 450
    Brentwood, TN 37027

*/s/ Nancy H. Brown*
Nancy H. Brown