# CERTIFICATE OF SERVICE

I, Nancy H. Brown, certify that service of the Summons and a copy of the First Amended Complaint was made on March 11, 2022 by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Pernix Therapeutics<br>208 W. Eastbank Street<br>Gonzales, LA 70737 | Bayard, P.A.<br>Attn: Gregory Joseph Flasser, Daniel N. Brogan<br>600 North King Street, Suite 400<br>Wilmington, DE 19801 |
| Davis Polk & Wardwell LLP<br>Attn: Michael Davis, Eli Vonnegut<br>450 Lexington Avenue<br>New York, NY 10017 | Landis Rath & Cobb LLP<br>Attn: Jennifer Cree<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Currax Holdings LLC<br>c/o Skadden, Arps, Slate, Meagher & Flom LLP<br>Attention: Lisa Laukitis, Laura P. Knoll<br>4 Times Square<br>New York City, NY 10036 | Currax Pharmaceuticals<br>10 North Park Place, Suite 201<br>Morristown, NJ 07960 |

☒ Certified Mail Service: By certified mail addressed to the following entities/officers/registered agents of the defendants at:

| | |
|---|---|
| Pernix Therapeutics, Inc.<br>c/o Cooper C. Collins, President<br>32126 Edgewater Drive<br>Magnolia, TX 77354 | Pernix Therapeutics, Inc.<br>c/o David E. Waguespack, Registered Agent<br>717 Nashville, Apt. 4<br>New Orleans, LA 70115 |
| Pernix Therapeutics, LLC<br>c/o Pernix Holdco 3 LLC<br>10 North Park Place, Suite 201<br>Morristown, NJ 07960 | Pernix Therapeutics, LLC<br>c/o Corporation Service Company, Registered Agent<br>501 Louisiana Avenue<br>Baton Rouge, LA 70802 |
| Pernìx Therapeutics Holdings, Inc.<br>l0 North Park Place, Suite 201<br>Morristown, NJ 07960 | Registered Agent for Pernix Therapeutics Holdings, Inc.<br>CSC-Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore MD 21202 |
| Pernix HoldCo 3 LLC<br>10 North Park Place, Suite 201<br>Morristown, NJ 07960 | Pernix HoldCo 3 LLC<br>c/o Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Currax Holdings LLC<br>c/o Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |

1

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date | March 11, 2022 | Signature | */s/ Nancy H. Brown* |
| | Print Name: | | Nancy H. Brown |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

2
DOCS_LA:342801.1 75015/003
Case 2-22-02043-PRW, Doc 24, Filed 03/22/22, Entered 03/22/22 12:24:57, Description: Main Document , Page 2 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Pernix HoldCo 3 LLC
    c/o R/A CORPORATION SERVICE CO.
    251 LITTLE FALLS DRIVE
    WILMINGTON DE 19808

    9590 9402 3367 7227 2927 38

2. Article Number (Transfer from service label)

    7017 2400 0000 3985 8626

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Paul Sisofo
   ☐ Agent
   ☑ Addressee

B. Received by (Printed Name): Paul Sisofo
C. Date of Delivery:

D. Is delivery address different from item 1? ☑ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Pernix Therapeutics, Inc.
    c/o Cooper C. Collins, President
    32126 Edgewater Drive
    Magnolia, TX 77354

    9590 9402 3367 7227 2926 60

2. Article Number (Transfer from service label)

    7017 2400 0000 3985 8541

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Stacey Collins
   ☐ Agent
   ☑ Addressee

B. Received by (Printed Name): S Collins
C. Date of Delivery: 3/16/22

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt