Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br>PERNIX THERAPEUTICS, INC.; PERNIX THERAPEUTICS, LLC; PERNIX HOLDCO 3 LLC, PERNIX THERAPEUTICS HOLDINGS, INC., CURRAX HOLDINGS LLC,<br><br>Defendants. | Adv. Proc. No. 22-02043 (PRW) |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendant, Currax Holdings LLC (which acquired certain assets and assumed certain liabilities from one or more of Pernix Therapeutics, Inc., Pernix Therapeutics, LLC, Pernix Holdco 3 LLC and Pernix Therapeutics Holdings, Inc.) ("Defendant", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

DOCS_LA:343191.1 75015/003

WHEREAS, on February 3, 2022, Plaintiff filed a complaint against defendants Pernix Therapeutics, Inc. and Pernix Therapeutics, LLC;

WHEREAS, the summons was issued on February 4, 2022;

WHEREAS on March 10, 2022, Plaintiff filed the First Amended Complaint For Avoidance And Recovery Of Preferential Transfers and Objection to Claims (the "<u>First Amended Complaint</u>");

WHEREAS, the Summons on the First Amended Complaint (the "<u>Summons</u>") was issued on March 11, 2022; and

WHEREAS, on March 11, 2022, Defendant was served with the Summons and First Amended Complaint.

The Parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendant is required to answer the First Amended Complaint is extended through and including June 15, 2022.

[*Remainder of Page Intentionally Left Blank*]

2. Defendant does not challenge personal jurisdiction and waive any objection to service of process of the Summons and First Amended Complaint in this adversary proceeding.

Respectfully submitted,

| | |
|---|---|
| Dated: April 11, 2022 | Dated: April 11, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| /s/ Ilan D. Scharf | |
| Bradford J. Sandler (NY Bar No. 4499877) | |
| Ilan D. Scharf (NY Bar No. 4042107) | Lisa Laukitis (NY Bar No. 3040573) |
| Jason S. Pomerantz (CA Bar No. 157216) | One Manhattan West |
| 780 Third Avenue, 34th Floor | New York, NY 10001 |
| New York, NY 10017 | Telephone: (212) 735-3290 |
| Telephone: (212) 561-7700 | Email: lisa.laukitis@skadden.com |
| Email: bsandler@pszjlaw.com | |
| ischarf@pszjlaw.com | *Counsel to Defendant Currax Holdings LLC* |
| jspomerantz@pszjlaw.com | |
| *Counsel to Plaintiff RDC Liquidating Trust* | |

SO ORDERED:

DATED: _____, 2022
       Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge